IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO,
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM PORTER, et al. | : | CASE NO. 1:05 cv 1793 |
| Plaintiffs | : | JUDGE GAUGHAN |
| v. | : | |
| THE HOME DEPOT U.S.A. INC., et al. | : | **STIPULATED ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY** |
| Defendants. | : | |

Upon motion of the Defendant, The Home Depot U.S.A., Inc. ("Home Depot"), to transfer this matter to the United States District Court for the District of New Jersey, and pursuant to the stipulations of the parties (*attached hereto as Exhibit A*), this matter is hereby transferred to the regular docket of the United States District Court for the District of New Jersey.

**IT IS SO ORDERED.**

/s/ Patricia A. Gaughan   9/2/05
JUDGE PATRICIA GAUGHAN

/s/ Shawn M. Blatt
Shawn M. Blatt (#0056051)
FREUND, FREEZE & ARNOLD
One Dayton Centre
1 South Main Street, Suite 1800
Dayton Ohio 45402-2017
(937) 222-2424
(937) 222-5369
sblatt@ffalaw.com
Attorney for Defendant
The Home Depot U.S.A., Inc.

Irving S. Bergrin, Esq. (0010100)
27600 Chagrin Boulevard, Suite 340
Cleveland, Ohio 44122
(216) 831-6580
(216) 831-6584 Fax
ibergrin@aol.com
Attorney for Plaintiffs